JOHN D. SULLIVAN
Assistant U.S. Attorney
U.S. Attorney's Office
James F. Battin U.S. Courthouse
2601 Second Ave. North, Suite 3200
Billings, MT 59101
Phone: (406) 657-6101
FAX: (406) 657-6989
Email: John.Sullivan2@usdoj.gov

ATTORNEY FOR PLAINTIFF
UNITED STATES OF AMERICA

**FILED**

JUL 13 2017

Clerk, U S Courts
District Of Montana
Great Falls Division

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| UNITED STATES OF AMERICA, | CR 17- 84 -BLG-SPW |
|---|---|
| Plaintiff, | INDICTMENT |
| vs. | CONSPIRACY TO POSSESS WITH THE INTENT TO DISTRIBUTE AND TO DISTRIBUTE CONTROLLED SUBSTANCES |
| TRAVIS JAMES BERNDT, | (Count I) |
| Defendant. | Title 21 U.S.C. § 846 (Penalty: Mandatory minimum ten years to life imprisonment, $10,000,000 fine, and at least five years supervised release) |
| | POSSESSION WITH INTENT TO DISTRIBUTE CONTROLLED SUBSTANCES (Count II) Title 21 U.S.C. § 841(a)(1) (Penalty: Mandatory minimum ten years to life imprisonment, $10,000,000 fine, and at least five years supervised release) |

| | POSSESSION OF A FIREARM IN FURTHERANCE OF A DRUG TRAFFICKING CRIME<br>(Count III)<br>Title 18 U.S.C. § 924(c)(1)(A)(i)<br>(Penalty: Mandatory minimum five years to life imprisonment, consecutive to any other sentence, $250,000 fine, and five years of supervised release)<br><br>FORFEITURE ALLEGATIONS<br>Title 21 U.S.C. §§ 881(a)(11) and 853<br><br>TITLE 21 PENALTIES MAY BE ENHANCED FOR PRIOR DRUG-RELATED FELONY CONVICTIONS |
|---|---|

THE GRAND JURY CHARGES:

## COUNT I

That beginning in or about September 2016, and continuing thereafter until in or about June 2017, at Billings and elsewhere in the State and District of Montana, and in the states of Colorado and Utah, and elsewhere, the defendant, TRAVIS JAMES BERNDT, together and with others both known and unknown to the Grand Jury, knowingly conspired and agreed to distribute, and to possess with the intent to distribute, in violation of 21 U.S.C. § 841(a)(1), 500 or more grams of a substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, and one kilogram or more of a substance containing a detectable amount of heroin, a Schedule I controlled substance, all in violation of 21 U.S.C. § 846.

COUNT II

That beginning in or about September 2016, and continuing thereafter until in or about June 2017, at Billings and elsewhere in the State and District of Montana, and in the states of Colorado and Utah, and elsewhere, the defendant, TRAVIS JAMES BERNDT, knowingly possessed, with the intent to distribute, in violation of 21 U.S.C. § 841(a)(1), 500 or more grams of a substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, and one kilogram or more of a substance containing a detectable amount of heroin, a Schedule I controlled substance, all in violation of 21 U.S.C. § 841(a)(1).

COUNT III

That on or about October 25, 2016, at Billings, in the State and District of Montana, the defendant, TRAVIS JAMES BERNDT, did knowingly possess a firearm, that is a Sig Sauer Equinox, model P938, 9mm caliber semi-automatic pistol, serial number 52B091788, in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United States, namely the offenses alleged in Counts I and II above, in violation of 18 U.S.C. § 924(c)(1)(A)(i).

FORFEITURE ALLEGATIONS

1.  Under 21 U.S.C. § 881(a)(11), the defendant, TRAVIS JAMES BERNDT, shall forfeit to the United States any firearms used and intended to be used to facilitate the transportation, sale, receipt, possession, or concealment of

property described in paragraphs (1) and (2) of 21 U.S.C. § 881(a) and any proceeds traceable to such property, namely, the following firearms:

- Sig Sauer Equinox, model P938 9mm caliber pistol, serial number 52B091788;

- RG Industries, .22 caliber revolver, with an obliterated serial number;

- FEG Parabellum, model P9RK, 9mm caliber pistol, serial number K10136;

- Springfield, model 67 Series C, 12-gauge shotgun, serial number B030893;

- Sig Sauer, model 1911, .45 caliber pistol, serial number 54B046262;

- Ruger, M77 Hawkeye, .223 caliber rifle, serial number 711-96032;

- Sig Sauer, 9mm caliber pistol, serial number 345RR1304; and

- Glock, model 22, .40 caliber pistol, serial number VVV806.

2. Under 21 U.S.C. § 853, upon conviction of an offense in violation of Title 21, the defendant, TRAVIS JAMES BERNDT, shall forfeit to the United States any property constituting and derived from any proceeds the defendant obtained, directly or indirectly, as a result of the violations alleged in this indictment. The property to be forfeited includes, but is not limited to, approximately $12,803 in United States Currency.

//

//

4

A TRUE BILL.   <span style="color:red">Foreperson signature redacted.  Original document filed under seal.</span>

_____
FOREPERSON

(For) _____
LEIF M. JOHNSON
Acting United States Attorney

(for) _____
JOSEPH E. THAGGARD
Criminal Chief Assistant U.S. Attorney

Crim. Summons _____
Warrant: _____
Bail: _____

In Federal Custody