IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>TRAVIS JAMES BERNDT,<br><br>　　　　　　Defendant. | CR 17-84-BLG-SPW-TJC<br><br>**FINDINGS AND RECOMMENDATION OF U.S. MAGISTRATE JUDGE** |

　　　　The Defendant, by consent, appeared before me under Fed. R. Crim. P. 11 and entered a plea of guilty to Counts I-III of the Indictment (Doc. 12), which charge the crimes of conspiracy to possess with intent to distribute controlled substances, in violation of 21 U.S.C. § 846 (Count I); possession with intent to distribute controlled substances, in violation of 21 U.S.C. § 841(a)(1) (Count II); and possession of a firearm in furtherance of a drug trafficking crime, in violation of 18 U.S.C. § 924(c)(1)(A)(i) (Count III).

　　　　After examining the Defendant under oath, the Court determined:

　　　　1.  That the Defendant is fully competent and capable of entering an informed and voluntary plea to the criminal offenses charged against him;

    2. That the Defendant is aware of the nature of the charges against him and the consequences of pleading guilty to the charges;

    3. That the Defendant fully understands his pertinent constitutional rights and the extent to which he is waiving those rights by pleading guilty to the criminal offenses charged against him; and

    4. That his plea of guilty to the criminal offenses charged against him is knowingly and voluntarily entered, and is supported by independent factual grounds sufficient to prove each of the essential elements of the offenses charged.

    Defendant entered the guilty plea without a written plea agreement, and counsel represented that no more favorable plea agreement offers were made.

    Therefore, I recommend that the Defendant be adjudged guilty of the charges in Counts I-III of the Indictment and that sentence be imposed.

    Objections to these Findings and Recommendation are waived unless filed and served within fourteen (14) days after the filing of the Findings and Recommendation. 28 U.S.C. § 636(b)(1)(B); Fed. R. Crim. P 59(b)(2).

    DATED this 19th day of April, 2018.

                                           _____
                                           TIMOTHY J. CAVAN
                                           United States Magistrate Judge