

**FILED**

SEP 23 2019

Clerk, U S District Court
District Of Montana
Billings

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BILLINGS DIVISION

| UNITED STATES OF AMERICA, | CR 17-84-BLG-SPW |
|---|---|
| Plaintiff, | |
| vs. | **FINAL ORDER OF FORFEITURE** |
| TRAVIS JAMES BERNDT, | |
| Defendant. | |

Whereas, in the indictment in the above-captioned case, the United States sought forfeiture, pursuant to 21 U.S.C. § 853, of any real or personal property of the defendant used or intended to be used to facilitate, or as proceeds of said violation;

And whereas, on April 19, 2018, Travis James Berndt entered a plea of guilty to count I of the indictment, which charged him with conspiracy to possess with the intent to distribute and to distribute controlled substances; to count II of

1

the indictment, which charged him with possession with intent to distribute controlled substances; and to count III of the indictment, which charged him with possession of a firearm in furtherance of a drug trafficking crime.

And whereas, the defendant agreed not to contest, or assist others in contesting, the forfeiture sought in the charging document to which the defendant pleaded guilty;

And whereas, by virtue of said guilty pleas, the United States is entitled to possession of said property, pursuant to 21 U.S.C. §§ 841(a)(1) and 853, and Rule 32.2(b)(2) of the Federal Rules of Criminal Procedure;

And whereas, beginning on October 3, 2018, and ending on November 1, 2018, the United States published on an official government internet site (www.forfeiture.gov), notice of this forfeiture and of the United States' intent to dispose of the property listed below in accordance with federal law, under 21 U.S.C. § 853(n)(1):

- $12,803 in United States Currency;
- Sig Sauer Equinox, model P938 9mm caliber pistol, serial number 52B091788;
- RG Industries, .22 caliber revolver, with an obliterated serial number;

- FEG Parabellum, model P9RK, 9mm caliber pistol, serial number K10136;

- Springfield, model 67 Series C, 12-gauge shotgun, serial number B030893;

- Sig Sauer, model 1911, .45 caliber pistol, serial number 54B046262;

- Ruger, M77 Hawkeye, .223 caliber rifle, serial number 711-96032;

- Sig Sauer, 9mm caliber pistol, serial number 345RR1304; and

- Glock, model 22, .40 caliber pistol, serial number VVV806.

And whereas, the Court has been advised that no claims have been made in this case regarding the property and the United States is not aware that any such claims have been made;

ACCORDINGLY, IT IS ORDERED as follows:

1. The United States shall seize the forfeited property described above;

2. The right, title, and interest in the property is condemned, forfeited, and vested in the United States of America for disposition according to applicable law;

3. All forfeited funds shall be deposited forthwith by the United States Marshal into the Department of Justice Asset Forfeiture Fund in accordance with 21 U.S.C. § 853(n)(1); and

4. The Clerk is directed to send copies of this order to all counsel of record and the defendant. The Clerk is further directed to send three certified copies of this order to the United States Marshal.

DATED this 23rd day of September, 2019.

*Susan P. Watters*
SUSAN P. WATTERS
United States District Court Judge